[No. 9809–5–III. Division Three. August 7, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK GRAHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 88–1–50138–5, Fred R. Staples, J., entered January 31, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green, J., and Cole, J. Pro Tem.

[No. 10557–1–III. Division Three. August 7, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JERALD A. McLALLEN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 89–8–00220–4, John G. Carroll, J. Pro Tem., entered January 30, 1990. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Cole, J. Pro Tem.

[No. 9866–4–III. Division Three. August 9, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR F. VILLALOBOS, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 88–1–00366–9, Yancey Reser, J., entered February 17, 1989. *Dismissed* by unpublished per curiam opinion.